IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 05 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00786-BNB

JESSE BASSINGER,
Applicant,

v.

RON WILEY, Warden, F.P.C. Florence,
Respondent.

_____

SECOND ORDER TO CURE DEFICIENCIES

_____

Applicant, Jesse Bassinger, is a prisoner in the custody of the United States

Bureau of Prisons at the Federal Prison Camp at Florence, Colorado. Mr. Bassinger

initiated this action by filing *pro se* a "Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action" and a "Petition for

Contempt and Motion for Order to Show Cause." In an order filed on April 17, 2008, the

court directed the clerk of the court to commence a civil action and directed Mr.

Bassinger to cure certain deficiencies if he wished to pursue his claims. The court

specifically ordered Mr. Bassinger to submit a certified copy of his inmate trust fund

account statement in support of his *in forma pauperis* motion and to file his pleading

on the proper form. The court provided Mr. Bassinger with the proper form for an

application for a writ habeas corpus pursuant to 28 U.S.C. § 2241 because it appeared

that Mr. Bassinger was raising habeas corpus claims and because he had filed a

motion seeking leave to proceed *in forma pauperis* in a habeas corpus action.

On April 30, 2008, Mr. Bassinger filed four documents in response to the court's

April 17 order. He filed "Jesse Bassinger's Pro Se Supplemental Motion for Leave to

Proceed In Forma Pauperis" that includes a certified copy of his inmate trust fund account statement. He also filed "Jesse Bassinger's Pro Se Notice of Objection to Having This Case Decided on the Merits by the United States Magistrate Judge." The third document is "Jesse Bassinger's Pro Se Motion for Leave to File Modified Court Form in Compliance With This Court's 'Order Directing Clerk to Commence Civil Action and Directing Petitioner to Cure Deficiency." The final document is the court's habeas corpus application form, which has been retitled "Petition for Contempt and Motion for Order to Show Cause."

The court has reviewed the documents filed by Mr. Bassinger on April 30 and finds that his amended pleading remains deficient. Mr. Bassinger insists that he is not asserting any habeas corpus claims pursuant to 28 U.S.C. § 2241 in this action and that he is not seeking habeas corpus relief from the court. However, Mr. Bassinger fails to identify the statutory authority that gives this court jurisdiction over the claims he is asserting if those claims are not asserted pursuant to § 2241. Therefore, Mr. Bassinger will be ordered to file another amended pleading that clarifies the jurisdictional basis for the claims he is asserting.

Mr. Bassinger will be directed to file his amended pleading on the court's Prisoner Complaint form because he insists this is not a habeas corpus action. "Jesse Bassinger's Pro Se Motion for Leave to File Modified Court Form in Compliance With This Court's 'Order Directing Clerk to Commence Civil Action and Directing Petitioner to Cure Deficiency" will be denied. Pursuant to Rule 8.2A. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[a] pro se prisoner shall use the forms established by this court to file an action." Mr. Bassinger is

reminded that he must specify in his amended pleading the statutory authority that gives this court jurisdiction to consider the claims he is asserting in this action.

Finally, Mr. Bassinger's motion for leave to proceed *in forma pauperis* will be granted. Pursuant to 28 U.S.C. § 1915(b)(1), Mr. Bassinger must pay the entire $350.00 filing fee specified in 28 U.S.C. § 1914(a) for this civil action because it is not a habeas corpus action. Mr. Bassinger will be ordered to make monthly payments in accordance with § 1915(b)(2) until the filing fee is paid in full. Accordingly, it is

ORDERED that Mr. Bassinger cure the remaining deficiency identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Bassinger, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Bassinger fails to cure the remaining deficiency identified in this order within the time allowed, the action will be dismissed without further notice. It is

FURTHER ORDERED that "Jesse Bassinger's Pro Se Motion for Leave to File Modified Court Form in Compliance With This Court's 'Order Directing Clerk to Commence Civil Action and Directing Petitioner to Cure Deficiency" filed on April 30, 2008, is denied. It is

FURTHER ORDERED that the "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action" filed on April 9, 2008, is granted. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Mr. Bassinger shall make monthly payments to the court of twenty (20) percent of the

3

preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Bassinger is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Bassinger must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Bassinger fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.

DATED May 5, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


## CERTIFICATE OF MAILING


Civil Action No. 08-cv-00786-BNB

Jesse Bassinger
Reg. No. 07874-046
Federal Prison Camp
PO Box 5000
Florence, CO 81226-5000


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on____5/5/08____


GREGORY C. LANGHAM, CLERK


By:_____
Deputy Clerk