# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00786-BNB

JESSE BASSINGER,

    Plaintiff,

v.

RON WILEY, Warden Federal Prison Camp Florence, Colorado,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 6 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

"Jesse Bassinger's Pro Se Motion to Wave Fees" filed in this action on May 14, 2008, is DENIED for the reasons stated in the court's May 5, 2008, order.

Dated: May 16, 2008

Copies of this Minute Order mailed on May 16, 2008, to the following:

Jesse Bassinger
Reg. No. 07874-046
FPC - Florence
PO Box 5000
Florence, CO 81226

_____
Secretary/Deputy Clerk